J. M. MOORE AND HATTIE MOORE, PETITIONERS, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 28853. Promulgated March 22, 1929.

*J. M. Moore* for the petitioners.
*Brice Toole, Esq.,* for the respondent.

OPINION.

MILLIKEN: Our findings of fact result from the admission by respondent of the allegations of fact set forth in the petition filed in this cause. Petitioners filed a joint Federal income-tax return for the calendar year 1925, and seek by this proceeding to have us hold that the respondent was in error in refusing to accept amended income-tax returns which were subsequently tendered to the respondent. We have decided the identical question adversely to the petitioners' contentions in *R. Downes, Jr.*, 5 B. T. A. 1029, and *William A. Buttolph*, 7 B. T. A. 310. See also *Buttolph* v. *Commissioner of Internal Revenue*, 29 Fed. (2d) 695, and *Grant* v. *Rose*, 24 Fed. (2d) 115.

*Judgment will be entered for the respondent.*